No. 87–1068. OKLAHOMA TAX COMMISSION v. MUSCOGEE (CREEK) NATION ET AL. C. A. 10th Cir. The Solicitor General

is invited to file a brief in this case expressing the views of the United States.